## Hitchcock Estate.

Argued January 13, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

622
reargument refused April 19, 1971.

*Daniel H. Jenkins,* for appellant.

*John R. Morgan,* with him *Hobbs, Morgan & De-Witt,* for appellee.

OPINION PER CURIAM, March 18, 1971:
Decree affirmed. Estate to pay costs.